No. 75–6176. SAVAGE *v.* SALT LAKE CITY. Sup. Ct. Utah. Certiorari denied. ██

No. 75–6199. RICH *v.* BONNER, JUDGE, ET AL. C. A. 10th Cir. Certiorari denied.

No. 75–6201. BREAUX *v.* HENDERSON, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 75–6203. WICKER *v.* ROTH ET AL. C. A. 5th Cir. Certiorari denied. 

No. 75–6208. CAMERON *v.* HOPPER, WARDEN. C. A. 5th Cir. Certiorari denied. ██

No. 75–6213. TYLER *v.* WYRICK, WARDEN. C. A. 8th Cir. Certiorari denied. 

No. 75–6214. GAUSE *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied. 

No. 75–6215. DISHNER ET AL. *v.* MOFFETT ET AL. C. A. D. C. Cir. Certiorari denied. 

No. 75–6219. BOONE *v.* KANSAS. Sup. Ct. Kan. Certiorari denied. 

No. 75–6221. ROTI *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 75–6226. OWENS *v.* WARDEN, ILLINOIS STATE PENITENTIARY. C. A. 7th Cir. Certiorari denied.

No. 75–6228. POGUE *v.* GOVERNMENT EMPLOYEES INSURANCE CO. C. A. 5th Cir. Certiorari denied.